| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Georgian Transportation Inc |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | 1-24-45163 |

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Bank Of America**<br>POB 17054<br>Wilmington, DE 19884<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business credit card**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $6,865.01 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Forward Financing Spv,LLC**<br>100 Summer Street<br>#1175<br>Boston, MA 02110<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ☑ No  ☐ Yes | $51,519.75 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**JP Morgan Chase Bank**<br>P.O. Box 15298<br>Wilmington, DE 19850<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card Chase Inc Cash ending in 5031**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $9,268.17 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**JP Morgan Chase Bank**<br>P.O. Box 15298<br>Wilmington, DE 19850<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card Chase Inc Unlimited ending in 1364**<br>Is the claim subject to offset? ☑ No  ☐ Yes | $3,177.64 |

Debtor  **Georgian Transportation Inc**         Case number (if known)  **1-24-45163**
         Name

| 3.5 | Nonpriority creditor's name and mailing address<br>JP Morgan Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card Chase Business**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $19,406.68 |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address<br>JP Morgan Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card Chase Inc Unlimited**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,965.14 |
| 3.7 | Nonpriority creditor's name and mailing address<br>Kellyann Metz<br>c/o Kevin Edwin Kruse<br>502 Hamburg Turnpike<br>Suite 201<br>Wayne, NJ 07470<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.8 | Nonpriority creditor's name and mailing address<br>Nationwide General Inc<br>2308 Coney Island Ave<br>Brooklyn, NY 11223<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.9 | Nonpriority creditor's name and mailing address<br>SHEREMIES R. RIVERA<br>c/o Goldin & Rivin PLLC<br>225 Broadway<br>Suite 1015<br>New York, NY 10007<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.10 | Nonpriority creditor's name and mailing address<br>U.S. Small Business Admin<br>26 Federal Plaza<br>Room 3100<br>New York, NY 10278<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $66,415.74 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Georgian Transportation Inc | Case number (if known) | 1-24-45163 | |
|---|---|---|---|---|
| | Name | | | |
| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | | Last 4 digits of account number, if any |
| 4.1 | US Attorney's Office<br>271-A Cadman Plaza East<br>Brooklyn, NY 11201 | Line 3.10 | | _ |
| | | ☐ Not listed. Explain ____ | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 166,618.13 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 166,618.13 |